UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**SMASHIES POUCHES, INC.**

**V.**                                              **CIVIL ACTION NO. 10-11492-DJC**

**IPN USA CORP., ET AL**

**ORDER OF DISMISSAL**

CASPER, D.J.

After hearing and for reasons stated on the record, the Court Orders that Defendants' Motions to Dismiss are Allowed and the above-entitled action be and hereby is DISMISSED.

June 9, 2011                                      /s/ Lisa M. Hourihan
                                                              Deputy Clerk